IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **01-cr-43-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**WILLIAM JAY THAYER,**

        Defendant.

## ORDER

Kane, J.

        This matter is before the court on Defendant William J. Thayer's Renewed Motion for Early Termination of Probation (doc. #75) filed June 18, 2014.  I am advised that Mr. Thayer has maintained stable employment, residence, and has completed substance abuse treatment and that he has done well on supervision. With the best wishes of the court for continued success, the motion is **GRANTED**. It is

        **ORDERED** that Supervised Release is terminated.

        Dated this 24th  day of June, 2014.

                                                  BY THE COURT:

                                                 *s/John L. Kane*
                                                 John L. Kane, Senior Judge
                                                 United States District Court